

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00302-CR

MONTE ERIC JORDAN A/K/A JONATHAN CHRISTOPHER MCCONELL A/K/A
JONATHAN CHIRS MCCONELL A/K/A CHRIS MCCONELL
v.
THE STATE OF TEXAS

On Appeal from the
404th District Court of Cameron County, Texas
Trial Court Cause No. 2017-DCR-1549

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on
appeal, concludes that the judgment of the trial court should be affirmed as modified by
this Court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

July 13, 2023